UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:16-cr-81-FtM-99CM

BROWN LASTER, JR.
_____

## ORDER

This matter comes before the Court upon Defendant's Supplement to Renewed Motion for Bond (Doc. 114) filed on February 15, 2017, construed as a Motion to Reopen the Detention Hearing or Reconsider the Order of Detention pursuant to 8 U.S.C. § 3142(f). Defendant seeks the Court to rule on the merits of the present motion without holding a hearing. Doc. 114.

The Court held a detention hearing on August 23, 2016, after which the Court made findings on the record and in a written Order detaining Defendant without prejudice "should a change in circumstances warrant reconsideration in accordance with the Bail Reform Act." Doc. 27. On January 5, 2017, Defendant filed a Renewed Motion for Bond (Doc. 86), to which the Government filed a response in opposition. Doc. 101. On February 13, 2017, the Court granted Defendant's prior counsel's motion to withdraw, and appointed Defendant's current counsel, Allen S. Kaufman, Esq. Doc. 109. The Court addressed the Renewed Motion for Bond (Doc. 86) and asked defense counsel whether he planned to move forward on the motion or requested a hearing. Counsel stated he wished to confer with his new client on the matter. Accordingly, the Court denied the motion without prejudice, indicating that

the standard for reopening the hearing had not been met.  Doc. 109.  Defendant filed the present motion based on the grounds stated in his previous Renewed Motion for Bond (Doc. 86), and does not request a hearing.   Doc. 114.

Defendant's motion does not raise any new information not known to him at the time of the original detention hearing that has a material bearing on the issue of bond or any changes in circumstances that warrant the Court to reconsider its previous Order and reopen the hearing.  Docs. 86, 114; *See* 8 U.S.C. § 3142(f) (providing that the hearing may be reopened "at any time before trial if the judicial officer finds that the information exists that was not known to the movant at the time of the hearing and has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community.").  The grounds in the original motion (Doc. 86) apply to only the issue of the strength of the Government's case.  See Doc. 86.  As noted it its response, the Government has proffered independent grounds to support the strength of its case.  Doc. 101.  Furthermore, the Court detained Defendant based on factors other than the weight of the evidence against him.  See Doc. 27 at 2.  Defendant has presented no new evidence that has a material bearing on these other factors, and it is his burden to do so.  18 U.S.C. § 3142(e)(3).

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant's Supplement to Renewed Motion for Bond (Doc. 114), construed as a Motion to Reopen the Detention Hearing or Reconsider the Order of Detention pursuant to 8 U.S.C. § 3142(f), is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record