UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:16-cr-81-FtM-38CM

BROWN LASTER, JR.

## **ORDER**[1]

This matter comes before the Court on the Government's Motions *in Limine* (Docs. 175; 176) and Brown Laster Jr.'s Motions for Miscellaneous Relief (Docs. 196; 197). The Court has reviewed the Parties' Motions, reviewed the Responses (Docs. 180; 202), and heard argument from counsel both at the final pretrial conference and during trial. Accordingly, for the reasons stated on the record, the Court hereby rules as follows on the Motions:

1. **DENIES as moot** the Motion *in Limine* to Preclude Defendants from Introducing Evidence Related to the Prosecution of Steven Burch and Herbert Battle (Doc. 175).

2. **Grants** the Motion *in Limine* to Preclude Defendants from Advising Jury of Penalties They Face (Doc. 176).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

3. **GRANTS in part** the Motion for Additional Peremptory Challenges (Doc. 196). The Court grants the Motion to the extent that the each Defendant shall have four peremptory challenges for a total of twelve total peremptory challenges.

4. **GRANTS** the Motion to Permit Computer in Courtroom During Trial (Doc. 197).

**DONE AND ORDERED** at Fort Myers, Florida, this June 12, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record