UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:16-cr-81-FtM38CM

BROWN LASTER, JR.,

_____/

**ORDER**[1]

This matter comes before the Court on *sua sponte* review of Defendant Brown Laster, Jr.'s Ex Parte Emergency Motion to Preserve Courthouse Video filed on June 16, 2017. The motion is currently sealed per Court order. Upon further and closer review, however, the Court finds that the motion should be unsealed so that the Government may respond accordingly.

Accordingly, it is now

**ORDERED:**

(1) The Clerk of Court is **DIRECTED** to **UNSEAL** the Order to Seal, Defendant's Ex Parte Emergency Motion to Preserve Courthouse Video, proposed Order on Ex Parte Emergency Motion to Preserve Courthouse Video, Ex Parte Motion to Seal, and proposed Order to Seal.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) The United States is **DIRECTED** to file an expedited response to Defendant Brown Laster, Jr.'s Ex Parte Emergency Motion to Preserve Courthouse Video on or before **June 23, 2017**.

(3) The United States Marshal Service is **DIRECTED** to hold, and not delete, any courthouse video footage from **3:30 p.m. to 6:00 p.m. on June 13, 2017**, in the locations that Defendant requests, until further Court order.

**DONE AND ORDERED** at Fort Myers, Florida, this June 16, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record