UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO: 2:16-cr-81-FtM-38CM

BROWN LASTER, JR.
_____

**ORDER**[1]

This matter comes before the Court on Defendant Brown Laster, Jr's Motion for Miscellaneous Relief (Doc. 279) filed on July 3, 2017. Defendant requests an order directing the Clerk of Court to issue a subpoena to William Rollerson and for the U.S. Marshals Service to serve the subpoena. The Court, having considered the Motion, finds good cause and will grant the requested relief.

Accordingly, it is now **ORDERED:**

The Motion for Miscellaneous Relief (Doc. 279) is **GRANTED**. The Clerk is directed to issue a subpoena for William Rollerson (Doc. 279-1) and forward it to the U.S. Marshals to effect service. This shall be done without cost to Brown Laster, Jr.

**DONE AND ORDERED** at Fort Myers, Florida, this July 5, 2017.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.