UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO: 2:16-cr-81-FtM-38CM

BROWN LASTER, JR.
_____

# ORDER[1]

This matter comes before the Court on Defendant Brown Laster, Jr.'s ("Laster") Motion to Declare 28 C.F.R. § 16.23(c) Inapplicable (Doc. 276) filed on July 3, 2017. The Government filed a Response in Opposition (Doc. 282) on July 6, 2017. The matter is ripe for review.

Laster moves this Court to declare § 16.23(c) inapplicable. Laster previously filed a substantially similar motion seeking the same relief. (Doc. 166) (Doc. 276). This Court denied Laster's prior motion requesting an identical remedy on May 25, 2017. (Doc. 191). In doing so, the Court found the regulation constitutional based on both Supreme Court and Eleventh Circuit precedent. See *U.S. ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951); *U.S. v. Bizzard*, 674 F.2d 1382 (11th Cir. 1982). In accordance with the applicable case law and for the reasons stated in the Court's May 25, 2017 Order, the Court denies Laster's Motion. (Doc. 191).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

1. Brown Laster, Jr.'s Motion to Declare 28 C.F.R. § 16.23(c) Inapplicable (Doc. 276) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this July 7, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record