UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO: 2:16-cr-81-FtM-38CM

BROWN LASTER, JR.
_____

**ORDER**[1]

This matter comes before the Court on Brown Laster, Jr.'s ("Laster") Amended Request for Issuance of Subpoena without Cost to the Defendant (Doc. 278) filed on July 3, 2017. The matter is ripe for review.

Laster seeks an order directing the Clerk of Court to issue a subpoena to Gabriel Krug and for the U.S. Marshals Service to serve the subpoena. But, because 28 C.F.R. 16.23(c) was deemed applicable, the Court requires the Government to file a response. As such, the Government shall file a response to Laster's Amended Request for Issuance of a Subpoena without Cost to the Defendant (Doc. 278) on or before July 11, 2017 at 5:00 p.m.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The Government shall file a reply to Brown Laster, Jr.'s Amended Request for Issuance of Subpoena without Cost to the Defendant (Doc. 278) on or before July 11, 2017 at 5:00 p.m.

**DONE AND ORDERED** at Fort Myers, Florida, this July 7, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record