UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO: 2:16-cr-81-FtM-38CM

BROWN LASTER, JR.,
JERRY BROWDY and
WESLEY PETIPHAR

### **ORDER**[1]

This matter comes before the Court on the Government's Motion in Limine to Preclude Defendants from Advising Jury of Penalties They Face (Doc. 275) filed on July 3, 2017. The Defendants have not responded and the time to do so has expired. (Doc. 238 at ¶ 2). This matter is ripe for review.

The Government seeks to preclude Defendants from advising the jury of the penalties they face. (Doc. 275). The Court previously granted a Government motion seeking identical relief before the first trial. (Doc. 214). Based on the Court's prior ruling and established precedent, the Government's Motion is granted. *See U.S. v. Cox*, 696 F.2d 1294, 1298 (11th Cir. 1983) (noting that the court "does not approve of informing a jury of a minimum or maximum punishment."). Defendants' counsel are precluded from

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

making statements to the jury regarding the potential penalties that the Defendants may face.

Accordingly, it is now

**ORDERED:**

Government's Motion in Limine to Preclude Defendants from Advising Jury of Penalties They Face (Doc. 275) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this July 11, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record