UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO: 2:16-cr-81-FtM-38CM

BROWN LASTER, JR.

## **ORDER**[1]

This matter comes before the Court on Brown Laster, Jr.'s Amended Request for Issuance of Subpoena without Cost to the Defendant (Doc. 278) filed on July 3, 2017. The Government filed a Response in Opposition (Doc. 303) on July 11, 2017. This matter is ripe for review.

Previously, Laster requested that this Court declare inapplicable 28 C.F.R. 16.23(c), which governs the procedure to obtain oral testimony from a Department of Justice employee. (Doc. 276). The Court denied Laster's motion and held the regulation applicable. (Doc. 299). Now, Laster requests the Court to direct the appropriate entities to issue and serve a subpoena on FBI Special Agent Gabriel Krug. The Government objects to this request because Laster failed to comply with Section 16.23(c). (Doc. 303). Because Laster failed to comply with the applicable regulation, the Court will deny

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Laster's Request. See *U.S. v. White*, 12-2833-MJ, 2013 WL 5954384, at *3 (S.D. Fla. Nov. 7, 2013).

Accordingly, it is now

**ORDERED:**

Brown Laster, Jr.'s Amended Request for Issuance of Subpoena without Cost to the Defendant (Doc. 278) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this July 12, 2017.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record