UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO: 2:16-cr-81-FtM-38CM

BROWN LASTER, JR.,
JERRY BROWDY and
WESLEY PETIPHAR
_____

### ORDER[1]

This matter comes before the Court on Government's Motion in *Limine* for the

Limited Admission of Song Lyrics (Doc. 272), Government's Motion in *Limine* to Admit

Trial Transcripts of Unavailable Witnesses (Doc. 274), Brown Laster, Jr.'s Motion to

Continue Trial (Doc. 285), Brown Laster, Jr.'s Motion in *Limine* to Exclude Government's

Declarations of Authentication of Business Records (Doc. 322), Wesley Petiphar's Motion

in *Limine* Adopting Brown Laster, Jr.'s Motion to Exclude Government's Declaration of

Authentication of Business Records  (Doc. 325), Brown Laster, Jr.'s Motion in *Limine* to

Prohibit the Government from Introducing at Trial Evidence Relating to the Government's

Sixth and Seventh Discovery Submissions (Doc. 326), and the related Responses (Docs.

286; 334).   The Court has reviewed the Motions and Responses, as well as heard

_____

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

counsel's argument.  Accordingly, for the reasons stated on the record, the Court rules as follows on the Motions:

1. **DENIES** the Government's Motion in *Limine* for the Limited Admission of Song Lyrics (Doc. 272).

2. **GRANTS in part and DENIES in part** Government's Motion in *Limine* to Admit Trial Transcripts of Unavailable Witnesses (Doc. 274).  The Court grants the Motion to the extent that the transcript of Dawn Cimmino was introduced due to unavailability, but denies as moot all other relief sought.

3. **DENIES as moot** Brown Laster, Jr.'s Motion to Continue Trial (Doc. 285) as the Motion (Doc. 321) was withdrawn.

4. **DENIES** Brown Laster, Jr.'s Motion in *Limine* to Exclude Government's Declarations of Authentication of Business Records (Doc. 322).

5. **GRANTS** Wesley Petiphar's Motion in *Limine* Adopting Brown Laster, Jr.'s Motion to Exclude Government's Declaration of Authentication of Business Records (Doc. 325) but denies the relief sought.

6. **DENIES** Brown Laster, Jr.'s Motion in *Limine* to Prohibit the Government from Introducing at Trial Evidence Relating to the Government's Sixth and Seventh Discovery Submissions (Doc. 326). But, the Court gave the Defendants extra time to review the records during trial.

**DONE AND ORDERED** at Fort Myers, Florida, this July 28, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record